IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 4:24cr1 |
| ) | |
| DONNISHA TYVETTE GOODMAN, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT DONNISHA TYVETTE GOODMAN'S NOTICE OF APPEAL**

COMES NOW the Defendant, Donnisha Tyvette Goodman, by both counsel, and notes her appeal from the Judgment of the United States District Court entered on January 8, 2025 (ECF #157).

Counsel is noting this appeal at the specific direction of the Defendant. Counsel represented the Defendant when the Waiver of Appeal was voluntarily agreed to and thus it would be a conflict for counsel to represent the Defendant on appeal and requests that new counsel be appointed.

Respectfully submitted,

*/s/ Lawrence H. Woodward, Jr.*
Lawrence H. Woodward, Jr.
VSB No. 21756
Attorney for the Defendant
 Donnisha Goodman
Ruloff, Swain, Haddad, Morecock,
Talbert & Woodward
317 30th Street
Virginia Beach, Virginia 23451

1

/s/ Melissa E. O'Boyle
Melissa E. O'Boyle
VSB # 47449
Attorney for the Defendant
 Donnisha Goodman
Gentry Locke Attorneys
101 W. Main Street, Suite 705
Norfolk, Virginia 23510

## CERTIFICATE OF SERVICE

I electronically filed the foregoing with the clerk of court for the United States District Court for the Eastern District of Virginia, on this 16th day of January 2025 using the CM/ECF system, which will send notification of such filing (NEF) to all CM/ECF registered attorneys on the NEF.

/s/ Lawrence H. Woodward, Jr.
Lawrence H. Woodward, Jr.
VSB No.21756
Attorney for the Defendant
 Donnisha Goodman
Ruloff, Swain, Haddad, Morecock, Talbert & Woodward
317 30th Street
Virginia Beach, Virginia 23451